Jose Antonio FIERROS–VALDEZ,
Petitioner–Appellant,

v.

UNITED STATES of America; Bureau
of Prisons; Warden, Reeves County
Detention Center III; GEO Group;
Department of Homeland Security,
Respondents–Appellees.

No. 12–51013

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 20, 2013.

Jose Antonio Fierros–Valdez, CI Reeves
III, Pecos, TX, pro se.

Gary Layton Anderson, Assistant U.S.
Attorney, U.S. Attorney's Office, San An-
tonio, TX, for Respondents–Appellees.

Before SMITH, PRADO, and OWEN,
Circuit Judges.

PER CURIAM: *

Jose Fierros–Valdez, federal prisoner
# 10157–308, an illegal alien against whom
the Bureau of Immigration and Customs
Enforcement has issued a detainer sub-
jecting him to immediate removal from the
United States upon release from the custo-
dy of the Bureau of Prisons ("BOP"),
moves to proceed *in forma pauperis*
("IFP") to appeal the denial of his 28
U.S.C. § 2241 petition challenging the

BOP's exclusion of him from rehabilitation
programs and halfway houses. His argu-
ments are foreclosed by *Gallegos–Hernan-
dez v. United States*, 688 F.3d 190, 192–93
(5th Cir.), *cert. denied*, —— U.S. ——, 133
S.Ct. 561, 184 L.Ed.2d 365 (2012).

Accordingly, the motion to proceed IFP
is DENIED, and the appeal is DIS-
MISSED as frivolous. *See* 5TH CIR. R.
42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.